**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar #160913
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
lovelace@luch.com

Counsel for Plaintiffs, Trustees of the
Labor Unions 401(k) Plan

FILED
2007 FEB 21  PM 12:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE LABOR UNIONS 401(k) PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL #89, an unincorporated labor organization,<br><br>Defendants. | CASE NO.: 06-CV-1278 WQH (BLM)<br><br>**STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br><br>Mandatory Settlement Conference:<br>   February 28, 2007, 9:30 a.m. (telephone)<br>   Magistrate Judge Barbara L Major<br><br>Final Pretrial Conference:<br>   December 10, 2007, 11:00 a.m.,<br>   District Court Judge William Q. Hayes<br><br>Trial Date: Not set. |

**FILE BY FAX**

The parties hereto, by and through their respective counsel of record, do hereby stipulate to the following:

**FILE BY FAX**

1. That this entire action be voluntarily dismissed with prejudice.

2. That each party bear their own costs and attorney's fees.

3. That the Mandatory Settlement Conference set for February 28, 2007, before Magistrate Judge Barbara L. Major, should be vacated.

///

///

///

///

51454

06-CV-1278-WGH (BLM)

4.    That the Final Pretrial Conference set for December 10, 2007, before District Court Judge William Q. Hayes, should be vacated.

Dated: February 15, 2007.    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: _____
Susan Graham Lovelace,
Counsel for Plaintiffs
Trustees of the Labor Unions 401(k) Plan

Dated: February ___, 2007    REICH, ADELL, CROST & CVITAN

By: [see below]
J. David Sackman
Counsel for Defendant
Laborers' International Union of North America, Local #89

## ORDER

Pursuant to the above Stipulation of the parties, IT IS HEREBY ORDERED that:

1.    This matter is dismissed in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

2.    The Mandatory Settlement Conference set for February 28, 2007, before Magistrate Judge Barbara L. Major, and the Final Pretrial Conference set for December 10, 2007, before District Court Judge William Q. Hayes, are vacated.

Dated: 2/20/07

_____
UNITED STATES DISTRICT COURT JUDGE

51454    2    06-CV-1278-WGH (BLM)

02-15-07  02:56pm  From-Reich, Adell, Crost & Cvitan    213 386 5583         T-146  P.004/004  F-934

4. That the Final Pretrial Conference set for December 10, 2007, before District Court Judge William Q. Hayes, should be vacated.

Dated: February ___, 2007.

LAQUER, URBAN, CLIFFORD & HODGE LLP

By:_____
Susan Graham Lovelace,
Counsel for Plaintiffs
Trustees of the Labor Unions 401(k) Plan

Dated: February 15, 2007

REICH, ADELL, CROST & CVITAN

By:_____
J. David Sackman
Counsel for Defendant
Laborers' International Union of North America,
Local #89

## ORDER

Pursuant to the above Stipulation of the parties, IT IS HEREBY ORDERED that:

1. This matter is dismissed in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

2. The Mandatory Settlement Conference set for February 28, 2007, before Magistrate Judge Barbara L. Major, and the Final Pretrial Conference set for December 10, 2007, before District Court Judge William Q. Hayes, are vacated.

Dated: 2/20/07

_____
UNITED STATES DISTRICT COURT JUDGE

51454

2

06-CV-1278-WQH (BLM)

02/16/2007  13:15  5624903439             AM ATTORNEY SERVICE                   PAGE  04/05

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 6700 Pacific Coast Highway, Suite 287, Long Beach, California 90803.

On **February 16, 2007**, I served the foregoing document(s) described below:

### STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

J. David Sackman
Reich, Adell, Crost & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010
Tel: (213) 386-3860
Fax: (213) 386-5583

☒ **(BY MAIL)** I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Long Beach, California. ☐ : Certified Mail/Return Receipt Requested)

☐ **(BY PERSONAL SERVICE)** I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above, on _____, 2006.

☐ **(BY FACSIMILE TRANSMISSION)** I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth below the name(s) of the person(s) set forth above.

☐ **(BY OVERNIGHT DELIVERY)** I caused said envelope(s) with prepaid delivery charges to be placed in the Federal Express Drop Box at Long Beach, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 16, 2007**, Long Beach, California.

Emma Mosley

FILE BY FAX

47225